IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACK RAY DAVIS,

    Petitioner,

v.                                          CASE NO. 5:11-cv-275-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

# O R D E R

This case is before the Court on Respondent's First Amended Motion For Extension Of Time To Respond To Order of August 24, 2011. (Doc. 8.)   In his motion, Respondent requests an additional 45 days to respond to the Petition.

Upon due consideration, it is **ORDERED:**

(1)     Respondent's First Amended Motion For Extension Of Time To Respond To Order of August 24, 2011 (Doc. 8) is **GRANTED**.

(2)     Respondent shall file his response by **January 6, 2012**.

(3)     Petitioner shall have until **February 6, 2012,** to file a reply, if desired.

(4)     The Clerk is instructed to terminate Respondent's Motion For Extension Of Time To Respond To Order of August 24, 2011 (Doc. 7) as a pending motion.

**DONE AND ORDERED** this 23rd day of November 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge