Case 5:11-cv-00275-MP-GRJ   Document 12   Filed 01/09/12   Page 1 of 1

Page 1 of 1


IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACK RAY SMITH,

    Petitioner,

v.        CASE NO. 5:11-cv-275-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

This case is before the Court on Respondent's Second Motion For Extension Of Time To Respond To Order of August 24, 2011.  (Doc. 11.)   Respondent requests an additional 45 days to respond to the Petition.

Upon due consideration, it is **ORDERED:**

(1)    Respondent's Second Motion For Extension Of Time To Respond To Order of August 24, 2011 (Doc. 11) is **GRANTED**.

(2)    Respondent shall file his response by **February 23, 2012**.

(3)    Petitioner shall have until **March 26, 2012,** to file a reply, if desired.

**DONE AND ORDERED** this 9th day of January 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge