IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACK RAY SMITH,

      Petitioner,

v.                                      CASE NO. 5:11-cv-275-MP-GRJ

EDWIN G. BUSS,

      Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 25, the District Judge's order denying Respondent's motion to dismiss Petitioner's habeas petition under 28 U.S.C. § 2254 as untimely.  Petitioner filed the petition for habeas corpus on August 5, 2011.  (Doc. 1.)  Respondent filed its motion to dismiss the petition as untimely on February 22, 2012.  (Doc. 17.)  The undersigned recommended that the motion to dismiss be granted, Doc. 23, and the District Judge has now reversed that recommendation and referred the case back to the undersigned for further proceedings.  (Doc. 25.)  Because Respondent responded to the petition with a motion to dismiss the petition as untimely, the merits of the petition have not yet been briefed.

Accordingly, it is **ORDERED:**

1.  Respondent shall file a brief addressing the merits of the petition on or before **December 3, 2012.**  If voluminous exhibits or records (such as transcripts) are submitted in support of the answer, **paper copies shall be provided to the court.**

2.  Petitioner shall have until **January 2, 2013**, to file a reply, if desired.

**DONE AND ORDERED** this 2nd day of October, 2012.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge